BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant, v. DUDLEY W. BAULIEU, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. (See *Mutual Milk & Cream Co.* v. *Heldt*, 120 App. Div. 795.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HENRIETTA FRANK and DAVID FRANK, as Executors, and Others, Individually and as Trustees, etc., of ABRAHAM FRANK, Deceased, and Others, Respondents, v. ADOLPH BAUER and BERNARD BAUER, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE CARRIZZO, Appellant, v. JOHN P. O'BRIEN and Others, Composing the Board of Estimate and Apportionment of the City of New York, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

LOUIS BROWN, Appellant, v. S. & H. OPERATING CO., INC., Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY CHACONAS and WILLIAM CHACONAS, Appellants, v. AUGUST J. CORMIER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

STOP-FIRE, INC., Respondent, v. NEWARK TIRE & RUBBER CO., INC., Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLOTTE SMITH, Respondent, v. ALONZO SMITH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NORA TORPY, as Administratrix, etc., of MICHAEL TORPY, Deceased, Appellant, v. MITCHELL PAPER STOCK CO., INC., Respondent.— Order affirmed, with twenty